# EXHIBIT E

## <u>Representations and Acknowledgements – Funding is Contingent Upon Your Completion and Review by Kapitus</u>

1. **I am an authorized representative of my business,** with the authority to bind my business to all obligations in the pending financing agreement with Kapitus and to execute any other documents that may be needed. _____

2. **I am an authorized signatory on the business bank account** to which the funding will be disbursed and from which ACH debits will be made in payment of the business financing.

3. **I understand that a blanket UCC-1 financing statement** will be filed to secure my repayment obligations and that the UCC-1 may be filed by an agent or under an alias. _____

4. **My business does NOT have a current** financing product that obligates my business to make payments on a less than monthly basis that has not been disclosed to Kapitus in writing in connection with my application for funding, nor have I taken on such an obligation since I submitted my application for funding to Kapitus nor do I intend to do so, without Kapitus written consent if my business obtains financing from Kapitus.

5. **I do NOT anticipate closing my business** for any reason over the next 12 months, including for, or due to: planned vacations, renovations, seasonality, medical procedures, slow business periods, eviction by landlord, failure to pay taxes, failure to maintain any business licenses, or failure to comply with any legal requirements, or any other reason.

6. **I do NOT anticipate selling my business in the next 12 months.**

7. **Neither my business nor I plan to file for bankruptcy** or commence any similar proceeding, nor do I have any reason to believe that creditors of my business may attempt to file an involuntary bankruptcy proceeding against my business or commence any similar proceeding, within the next 12 months. _____

8. **I am current and NOT in arrears with the payments due under my business's mortgage, or under my business's lease, as applicable.**

9. **Neither my business nor I are in arrears on any business or personal loans or** other financial obligations, except as previously disclosed to Kapitus in writing.

10. **NO taxing or other authorities have filed any liens, nor do I have any unpaid tax obligations,** except as previously disclosed to Kapitus in writing. _____

11. **All information that I provided to Kapitus to obtain financing for my business accurately reflects the current ownership of the business, business status and/or financial condition of my business.**

12. **Neither my business nor I are party to any pending litigation** that I would expect to have a material impact on my business.

13. **I acknowledge that I submitted the statements herein with the intent to obtain financing,**

**Kapitus is relying on such statements to determine whether to approve the financing and that any false statements or misrepresentations made to obtain funding constitute fraud** and will subject me and my business to legal action. *If you cannot truthfully make these representations and acknowledgments, please contact your current sales representative to address any previously undisclosed issues.*

14. **I acknowledge any approval for financing is contingent upon, and subject to, Kapitus's review of my responses to these questions, and that Kapitus will not disburse any funds to me unless I can truthfully provide these representations and acknowledgements.**

By:   Raja Mohiuddin

(Print Name and Title)

DocuSigned by:

02F0C33709B04AF

(Signature)