## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:     Case No.: **26–14436 – LSS**     Chapter: **7**

**Raja Mohi–Ud–Din**
Debtor

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case is eligible to be closed without entry of discharge as Debtor did not file the Personal Financial Management Course Certificate.

Dated: 8/5/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

Form clsnodsc